# ARMED SERVICES BOARD OF CONTRACT APPEALS

Petition of -- )
)
Conquistador Dorado Joint Venture ) ASBCA No. 59866-960
)
Under Contract No. N69450-08-C-1267 )

APPEARANCES FOR THE PETITIONER: Joseph M. Goldstein, Esq.
Andrew E. Schwartz, Esq.
  Shutts & Bowen LLP
  Fort Lauderdale, FL

Dustin P. Monokian, Esq.
  Shutts & Bowen LLP
  Tampa, FL

APPEARANCES FOR THE GOVERNMENT: Ronald J. Borro, Esq.
  Navy Chief Trial Attorney
Stephen D. Tobin, Esq.
  Senior Trial Attorney

## ORDER PURSUANT TO BOARD RULE 1(a)(5)
## DIRECTING CONTRACTING OFFICER TO ISSUE DECISION

The contractor, Conquistador Dorado Joint Venture, filed a request under Board Rule 1(a)(5) for an order directing the contracting officer to render a decision on its claim by 4 June 2015. The government has advised that a final decision on the claim will be issued on or before 17 April 2015. Accordingly, the Board hereby directs the contracting officer to issue a decision on the contractor's claim by 17 April 2015.

This Order completes all necessary action by the Board. If the contracting officer fails to comply with this Order, such failure will be deemed a decision by the contracting officer denying the claim, and the contractor may appeal to this Board or sue in the United States Court of Federal Claims pursuant to the Contract Disputes Act, 41 U.S.C. §§ 7103(f)(5), 7104.

Dated: 3 April 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                    I concur

_____          _____
RICHARD SHACKLEFORD                PETER D. TING
Administrative Judge                      Administrative Judge
Vice Chairman                              Armed Services Board
Armed Services Board                   of Contract Appeals
of Contract Appeals

     I certify that the foregoing is a true copy of the Order Pursuant to Rule 1(a)(5) of the Armed Services Board of Contract Appeals in ASBCA No. 59866-960, Petition of Conquistador Dorado Joint Venture, rendered in conformance with the Board's Charter.

     Dated:

 

_____
JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2